**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00210-RBJ

LiST INTERACTIVE, LTD. D/B/A UKNIGHT INTERACTIVE,
LEONARD S. LABRIOLA,
Plaintiffs,

v.

KNIGHTS OF COLUMBUS,
Defendant.

KNIGHTS OF COLUMBUS,
Counterclaim Plaintiff

v.

LiST INTERACTIVE, LTD. D/B/A UKNIGHT INTERACTIVE,
LEONARD S. LABRIOLA, WEBSINC.COM, STEPHEN S. MICHLIK, JONATHAN S. MICHLIK, AND TERRY A. CLARK,
Counterclaim Defendants.

### DEFENDANT KNIGHTS OF COLUMBUS'S MOTION TO EXPAND PRESUMPTIVE PAGE LIMIT OF MEMBERSHIP BRIEF FILED HEREWITH

Defendant Knights of Columbus, through Lewis Roca Rothgerber Christie LLP, hereby moves to expand the presumptive 15-page limit applicable to its Response in Opposition to Motion for Temporary Restraining Order and Brief Regarding Discovery of Membership List, filed herewith. In support of this motion, Defendant states:

1. Pursuant to D.C. Colo. L. Civ. R. 7.1, counsel for the Knights of Columbus called Plaintiffs' counsel on October 9, 2017 to confer regarding this motion and other issues. Plaintiffs' counsel was not available, and Plaintiffs' position on this motion is unknown.

2. In advance of the hearing set for October 17, 2017 at 9:00 a.m., the parties agreed to file briefs on October 10, 2017 regarding Defendant's Motion for Protective Order [ECF No. 77], Plaintiffs' Motion for Temporary Restraining Order [ECF No. 76], and membership discovery issues.

3. This Court's Practice Standards set a presumptive 15-page limit on such briefs. The Court "will grant an exception for good cause shown" if the party has "very diligently tried to confine [its] paper to the foregoing limits and simply cannot." The issues presented constitute "good cause" for expanding the page limit of the Order's brief.

4. Defendant brief filed herewith is just over 16 pages, excluding a table of contents at the front of the brief. Before filing, Defendant diligently sought to shorten its brief wherever prudent and possible.

WHEREFORE, Defendant requests that the Court grant an exception to its presumptive 15-page limit and permit Defendant to their contemporaneous brief consisting of 17 pages.

DATED: October 10, 2017.

Respectfully submitted,

*s/Ian Speir*
Ian Speir
LEWIS ROCA ROTHGERBER CHRISTIE LLP
90 South Cascade Avenue, Suite 1100
Colorado Springs, CO 80903
Telephone: 719.386.3000
Facsimile: 719-386-3070
Email: ispeir@lrrc.com

*Attorneys for Defendant Knights of Columbus*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of October 2017, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will send notification to the following:

Jeffrey S. Vail, Esq.
VAIL LAW LLC
5299 DTC Blvd., Suite 1101
Greenwood Village, CO  80111

                                          *s/ Ian Speir*
                                          Ian Speir