IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  17-cv-00210-RBJ | Date: April 17, 2018 |
| Courtroom Deputy:  Julie Dynes | Court Reporter:  Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| LIST INTERACTIVE LTD<br>LEONARD S. LABRIOLA<br>**Plaintiffs** | *Jeffrey S. Vail*<br>*Stephen Robertson* |
| v. | |
| KNIGHTS OF COLUMBUS<br>THOMAS P. SMITH JR.<br>MATTHEW A. ST. JOHN<br>**Defendants** | *Edward A. Gleason*<br>*L. Martin Nussbaum* |

## COURTROOM MINUTES

**TELEPHONE STATUS CONFERENCE**

Court in Session:  10:30 a.m.

Appearance of counsel – all counsel appear via telephone.

Discussion held on oral motion to withdraw by plaintiffs' counsel.

**ORDERED:** **Oral motion to withdraw and for a three month stay for the plaintiffs to obtain new counsel is GRANTED.**

**Jury Trial date is VACATED.**

**Upon entry of appearance of new counsel, parties are to contact chambers to set a new trial date.  Parties are also directed to modify the case schedule by agreement.**

Court in Recess:  10:37 p.m.        Hearing concluded.        Total time in Court:   00:07