**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00210-RBJ

LIST INTERACTIVE, LTD. D/B/A UKNIGHT INTERACTIVE,

    Plaintiff,

v.

KNIGHTS OF COLUMBUS,

    Defendant.

KNIGHTS OF COLUMBUS,

    Counterclaim Plaintiff,

v.

LIST INTERACTIVE, LTD. D/B/A UKNIGHT INTERACTIVE,
LEONARD S. LABRIOLA, WEBSINC.COM, INC., STEPHEN S. MICHLIK,
JONATHAN S. MICHLIK, AND TERRY A. CLARK,

    Counterclaim Defendants.

**JOINT MOTION TO AMEND SCHEDULING ORDER AND
EXTEND CERTAIN PRETRIAL DEADLINES**

Plaintiff / Counterclaim Defendant LiST Interactive, Ltd. and Counterclaim Defendants Leonard S. Labriola, WebsInc.com, Inc., Stephen S. Michlik, Jonathan S. Michlik, and Terry A. Clark, by their counsel, and Defendant / Counterclaim Plaintiff Knights of Columbus, by its counsel, submit this joint motion to amend the Scheduling Order by extending certain pretrial deadlines, as set forth below.

The reason for this motion is that depositions in several states are currently scheduled for the months of September and October, and it is possible that the parties will need to schedule a small number of additional depositions for the first half of November.

2

The parties jointly request that the deadlines set by the Court's Order entered on June 21, 2018 [ECF Nos. 129 & 130] be extended as follows:

1. Fact discovery (depositions and subpoenas) – from 9/28/18 to **11/16/18**

2. Claiming party's expert disclosures – from 10/5/18 to **11/30/18**

3. Defending party's expert disclosures – from 11/2/18 to **1/11/19**

4. Dispositive and *Daubert* motions – from 11/16/18 to **1/25/19**

DATED: September 27, 2018.

Respectfully submitted,

| s/ *Stephen E. Csajaghy* | s/ *Edward A. Gleason* |
|---|---|
| Stephen E. Csajaghy | Edward A. Gleason |
| CONDIT CSAJAGHY LLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 695 S. Colorado Blvd., Suite 270 | 90 South Cascade Avenue, Suite 1100 |
| Denver, CO 80246 | Colorado Springs, CO 80903 |
| Tel: (303) 287-6000 / Fax: (303) 287-6605 | Tel: (719) 386-3000; Fax: (719) 386-3070 |
| E-mail: steve@cclawcolorado.com | Email: egleason@lrrc.com |
| *Attorneys for Plaintiff / Counterclaim Defendants* | *Attorneys for Defendant / Counterclaim Plaintiff* |

## CERTIFICATE OF SERVICE

On September 27, 2018, I filed this with the Clerk of the Court using the CM/ECF System. It will send notification to:

Stephen E. Csajaghy, Esq.
CONDIT CSAJAGHY LLC
695 S. Colorado Blvd., Suite 270
Denver, CO  80246

s/ *Luanne Sutton*
Luanne Sutton