**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-CV-00210-RBJ

LIST INTERACTIVE, LTD. D/B/A UKNIGHT INTERACTIVE,
Plaintiff,
v.

KNIGHTS OF COLUMBUS,
Defendant.

KNIGHTS OF COLUMBUS,
Counterclaim Plaintiff,
v.

LIST INTERACTIVE, LTD. D/B/A UKNIGHT INTERACTIVE,
LEONARD S. LABRIOLA, WEBSINC.COM, INC., STEPHEN S. MICHLIK, JONATHAN S. MICHLIK, AND TERRY A. CLARK,
Counterclaim Defendants.

---

**NOTICE OF ATTORNEYS' LIEN**

---

**TO ALL INTERESTED PARTIES:**

PLEASE BE ADVISED THAT the law firm of Condit Csajaghy LLC ("Law Firm"), prior counsel for Plaintiff LiST Interactive, Ltd. d/b/a UKnight Interactive and Counterclaim Defendants, Leonard S. Labriola, WebsInc.com, Inc., Stephen S. Michlik, Jonathan S. Michlik and Terry A. Clark (collectively, "UKnight"), in accordance with Colo. Rev. Stat. §§ 13-93-114 and 13-93-115, hereby gives notice of its assertion of charging and retaining liens on any money, property, choses in action, or claims and demands in their hands, on any judgment it may have obtained or assisted in obtaining, in whole or in part, and on any and all claims and demands in suit for any fees or balance of fees due or to become due from UKnight, as well as any papers of

UKnight that have come into the Law Firm's possession in the course of its professional employment.

1. On or about May 2, 2018, the Law Firm entered into a written engagement agreement with UKnight whereby UKnight agreed to pay, on a contingency basis, for legal services provided by attorneys and paralegals at the Law Firm in connection with this lawsuit. The Law Firm also agreed to charge certain costs of the litigation to UKnight, which were included on invoices that were issued to UKnight, along with a detailed listing of time entries, on a monthly basis.

2. Certain sums for attorneys' fees and costs are or will become due from UKnight to the Law Firm in accordance with this agreement. These attorneys' fees and costs are the subject of this attorneys' lien.

3. The Law Firm has not waived the right to receive compensation from UKnight in accordance with this engagement agreement, and seeks such amounts that are due and owing.

Dated this 9th day of October, 2018.

Respectfully submitted,

*s/ Stephen E. Csajaghy*

_____
Stephen E. Csajaghy
Joshua F. Bugos
695 S. Colorado Blvd., Suite 270
Denver, CO 80246
Telephone: 720-287-6000
Facsimile: 720-287-6605
steve@cclawcolorado.com
josh@cclawcolorado.com
*Attorneys Plaintiff and Counterclaim Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **NOTICE OF ATTORNEYS' LIEN** was served via the Court's electronic filing system on the following on this 9th day of October, 2018.

Edward Allen Gleason
Lewis Roca Rothgerber Christie LLP
90 South Cascade Avenue
Suite 1100
Colorado Springs, CO 80903-1662
719-386-3000
Fax: 719-386-3070
Email: egleason@lrrc.com

Ian Seth Speir
Lewis Roca Rothgerber Christie LLP
90 South Cascade Avenue
Suite 1100
Colorado Springs, CO 80903-1662
719-386-3059
Fax: 719-386-3070
Email: ispeir@lrrc.com

L. Martin Nussbaum
Lewis Roca Rothgerber Christie LLP
90 South Cascade Avenue
Suite 1100
Colorado Springs, CO 80903-1662
719-386-3000
Fax: 719-386-3070
Email: mnussbaum@lrrc.com

Hermine Kallman
Lewis Roca Rothgerber Christie LLP
1200 17th Street
One Tabor Center
Suite 3000
Denver, CO 80202-5855
303-623-9000
Fax: 303-623-9222
Email: hkallman@lrrc.com

Joy T. Allen Woller
Lewis Roca Rothgerber Christie LLP
1200 17th Street
One Tabor Center
Suite 3000
Denver, CO 80202-5855
303-623-9000
Fax: 303-623-9222
Email: jwoller@lrrc.com

UKnight Interactive
1434 Spruce Street, Suite 100
Boulder, Colorado 80302

*s/ Shelly Coffman*
Shelly Coffman