IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00210-RBJ

LIST INTERACTIVE, LTD. D/B/A UKNIGHT INTERACTIVE,
Plaintiff,

v.

KNIGHTS OF COLUMBUS,
DAVID J. KAUTTER, IN HIS OFFICIAL CAPACITY AS (ACTING) COMMISSIONER OF THE INTERNAL REVENUE SERVICE,

Defendants.
KNIGHTS OF COLUMBUS,
Counterclaim Plaintiff,

v.

LIST INTERACTIVE, LTD. D/B/A UKNIGHT INTERACTIVE,
LEONARD S. LABRIOLA, WEBSINC.COM, INC., STEPHEN S. MICHLIK,
JONATHAN S. MICHLIK, AND TERRY A. CLARK,
Counterclaim Defendants.

## JOINT MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS

Plaintiff List Interactive, Ltd. d/b/a UKnight Interactive and Defendant Knights of Columbus ("KofC"), through their respective counsel respectfully request the Court dismiss Plaintiff's negligent misrepresentation and fraudulent misrepresentation claims, with prejudice, and also dismiss all of KofC's counterclaims with prejudice with each party to bear his or its own attorneys' fees and costs in connection with those claims and counterclaims.

Respectfully submitted this 26th day of August, 2019.

| | |
|---|---|
| *s/ Ian Speir*  | *s/ Hermine Kallman*  |
| L. Martin Nussbaum | Edward A. Gleason |
| Ian Speir | Joy T. Allen Woller |
| NUSSBAUM SPEIR PLLC | Hermine Kallman |
| 90 S. Cascade Ave., Suite 400 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| Colorado Springs, CO 80903 | 1200 17th Street, Suite 3000 |
| (719) 357-4447 | Denver, CO 80202 |
| Email: martin@nussbaumspeir.com, | (303) 623-9000 |
| ian@nussbaumspeir.com | Email: egleason@lrrc.com, jwoller@lrrc.com, hkallman@lrrc.com |

*Attorneys for Defendant / Counter-Plaintiff Knights of Columbus*

*s/ G. Stephen Long*
G. Stephen Long
Christopher S. Mills
Blaine K. Bengtson
JONES & KELLER, P.C.
1999 Broadway
Denver, CO 80202
(303) 573-1600
slong@joneskeller.com
cmills@joneskeller.com
bbengtson@joneskeller.com

*Attorneys for Plaintiff and Counterclaim Defendants*

## CERTIFICATE OF SERVICE

On August 26, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice to the following:

G. Stephen Long,
Christopher S. Mills,
Blaine K. Bengtson
JONES & KELLER, P.C.

                                                *s/ Hermine Kallman*
                                                Of Lewis Roca Rothgerber Christie LLP