**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00210-RBJ

LIST INTERACTIVE, LTD. D/B/A UKNIGHT INTERACTIVE,

      Plaintiff,

v.

KNIGHTS OF COLUMBUS,

      Defendant.

---

## VERDICT

---

      You are instructed to answer the following questions. You must apply the law in the instructions that the Court gave you to the facts that were proved by the evidence. You must all agree on your answer to each question and you must all sign the completed form on the signature lines.

<u>Breach of Contract</u>

    1.      Did UKnight prove, by a preponderance of the evidence, its claim for breach of contract as defined in Instruction Nos. 6-11?

      YES    X

      NO    _____

**If you answered "No" to question 1, skip questions 2-4, and then answer question 5.**

**If you answered "Yes" to question 1, then answer questions 2 and 3.**

2.      Did Knights of Columbus prove, by a preponderance of the evidence, its affirmative defense of waiver as set forth in Instruction No. 12?

YES _____

NO ___X___

3.      Did Knights of Columbus prove, by a preponderance of the evidence, its affirmative defense of expiration of the statute of limitations as set forth in Instruction No. 13?

YES _____

NO ___X___

**If you answered "No" to both questions 2 and 3, then answer question 4.**

**If you answered "Yes" to either question 2 or 3, skip questions 4-6, and then answer question 7.**

4.      State below the amount of dollars that will compensate the plaintiff, UKnight, for its actual damages for its breach of contract claim, as set forth in Instruction Nos. 15, 26, and 27.

ANSWER: $_500,000_____

**If you answered question 4, skip questions 5 and 6, and then answer question 7.**

<u>Promissory Estoppel</u>

5.      Did UKnight prove, by a preponderance of the evidence, its claim for promissory estoppel as defined in Instruction No. 14?

YES _____

NO _____

**If you answered "No" to question 5, skip question 6, and then answer question 7.**

**If you answered "Yes" to question 5, then answer question 6.**

6.      State below the amount of dollars that will compensate the plaintiff, UKnight, for its actual damages for its promissory estoppel claim, as set forth in Instruction Nos. 15, 26, and 27.

ANSWER:  $_____

**If you answered question 6, then answer question 7.**

### Intentional Interference with Prospective Business Relations

7.      Did UKnight prove, by a preponderance of the evidence, its claim for intentional interference with prospective business relations as defined in Instruction Nos. 16, 17, and 18?

YES   _____

NO   __X__

**If you answered "No" to question 7, skip question 8, and then answer question 9.**

**If you answered "Yes" to question 7, then answer question 8.**

8.      State below the amount of dollars that will compensate the plaintiff, UKnight, for its actual damages for its claim of intentional interference with prospective business relations, as set forth in Instruction No. 19.

ANSWER:  $_____

**If you answered question 8, then answer question 9.**

### Misappropriation of Trade Secrets

9.      Did UKnight prove, by a preponderance of the evidence, its claim for misappropriation of trade secret under Instruction Nos. 20-24?

YES   _____

NO   __X__

**If you answered "No" to question 9, stop here and sign this form below.**

**If you answered "Yes" to question 9, then answer question 10.**

10.     State below the amount of dollars that will compensate the plaintiff, UKnight, for its compensatory damages incurred as a result of the Knights of Columbus' misappropriation of UKnight's trade secret, as set forth in Instruction No. 25.

ANSWER:  $_____

**If you answered question 10, sign the form below.**

Date: September ____12____, 2019

JUROR NAMES REDACTED