**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00210-RBJ

LIST INTERACTIVE, LTD. D/B/A UKNIGHT INTERACTIVE,

Plaintiff,

v.

KNIGHTS OF COLUMBUS,

Defendant.

KNIGHTS OF COLUMBUS,

Counterclaim Plaintiff,

v.

LIST INTERACTIVE, LTD. D/B/A UKNIGHT INTERACTIVE,
LEONARD S. LABRIOLA, WEBSINC.COM, INC., STEPHEN S. MICHLIK, JONATHAN S. MICHLIK, AND TERRY A. CLARK,

Counterclaim Defendants.

---

**ORDER DIRECTING DISBURSEMENT OF FUNDS**

---

THE COURT, having previously granted a joint motion by Interested Parties Theano Ventures, LLC ("Theano"); Themistius Ventures, LLC ("Themistius"); Velospara Markets Group, LLC ("Velospara"); and Sibelius Ventures, LLC ("Sibelius") (hereinafter collectively, the "Interested Parties") and Lien Claimant Condit Csajaghy, LLC (variously "Lien Claimant Condit Csajaghy" or "Condit Csajaghy") concerning disbursement of funds on deposit in the court-registry for this case (said order docketed at Docket Entry No. 296), and being duly advised in the premises herein, now hereby, in furtherance of

1

this order, ORDERS and DIRECTS the Clerk of the Court as follows:

    1.    The sum of $60,000 held in the court-registry for this case shall be disbursed forthwith to Lien Claimant Condit Csajaghy, the payee of such funds being designated as Condit Csajaghy, LLC, with mailing address of 695 S. Colorado Blvd., Suite 270, Denver, Colorado 80246;

    2.    The remainder of the funds held in the court-registry for this case shall be disbursed forthwith to the Interested Parties collectively, the payee of such funds on behalf of all of the Interested Parties being designated as LawShares, LLC, with mailing address of 125 High Street, 25th Floor, Boston, Massachusetts 02110;

    3.    Post-judgment interest accrued as of the date of these disbursements to be apportioned and allocated between Lien Claimant Condit Csajaghy and the Interested Parties as follows:

        (a)    7.93% of accrued post-judgment interest to be attributed to the $60,000 award and disbursement to Lien Claimant Condit Csajaghy and deemed incorporated therein; and

        (b)    The remainder of accrued post-judgment interest to be deemed incorporated in the award and disbursement to the Interested Parties collectively but allocated among the specific Interested Parties, at their request, as follows:

            (1)    22.40% of accrued post-judgment interest to be attributed to Theano;

            (2)    14.93% of accrued post-judgment interest to be attributed to Themistius;

            (3)    34.84% of accrued post-judgment interest to be attributed to

Velospara; and

      (4)    19.91% of accrued post-judgment interest to be attributed to Sibelius;

DONE and SO ORDERED this 24th day of April 2020.

*/s/ Brooke Jackson*

_____
HON. R. BROOKE JACKSON
UNITED STATES DISTRICT JUDGE